IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Anthony D. Cervone, Debtor ) | BK No.: 15-23800-cmb |
| ) | Chapter 13 |
| Anthony D. Cervone, ) | |
| Movant ) | Hrg: 11/7/2017 |
| Vs. ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent ) | |

### CERTIFICATE OF NO OBJECTION REGARDING EXPEDITED MOTION TO APPROVE VEHICLE LOAN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion to Approve Vehicle Loan served on October 20, 2017 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 3, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

November 6, 2017                          /s/Shawn N. Wright
Date                                      Shawn N. Wright, Esquire
                                          Attorney for Debtor
                                          7240 McKnight Road
                                          Pittsburgh, PA 15237
                                          (412) 920-6565; PA #64103
                                          shawn@shawnwrightlaw.com