IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Anthony D. Cervone, Debtor, | Bankruptcy No. 15-23800 |
|  | Chapter 13 |
| Anthony D. Cervone, Movant | |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, | **ENTERED BY DEFAULT** |
| Respondent | |

## ORDER OF COURT

And now, this ___6th___ day of ___November___, 2017, upon Debtor's Expedited Motion for Approval of Vehicle Loan, it is hereby ORDERED AND ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $350.00 per month.

Debtor agrees to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtor agrees that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_____
UNITED STATES BANKRUPTCY JUDGE
  /s/ Carlota M. Böhm      dms

FILED
11/6/17 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony D. Cervone  
    Debtor

Case No. 15-23800-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　User: dsaw　　Page 1 of 1　　Date Rcvd: Nov 06, 2017  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.
db　　　　+Anthony D. Cervone,   712 Limestone Drive,   Allison Park, PA 15101-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
　　　　Andrew F Gornall    on behalf of Creditor    HomeBridge Financial Services, Inc.
　　　　　agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
　　　　James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
　　　　　bkgroup@kmllawgroup.com
　　　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
　　　　Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
　　　　　ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
　　　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
　　　　S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
　　　　　srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　Shawn N. Wright    on behalf of Debtor Anthony D. Cervone shawn@shawnwrightlaw.com,
　　　　　wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7