**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| Anthony D. Cervone, | : | No. 15-23800-CMB |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 7/18/18 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 7/2/18 |
| | : | |
| vs. | : | Related to Doc. Nos.: 49 and 51 |
| | : | |
| Anthony D. Cervone, | : | |
| Stacey L. Cervone, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR RELIEF AND NOTICE OF HEARING AND RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses and by the methods specified below on June 14, 2018:

by first-class mail,

| | |
|---|---|
| Anthony D. Cervone | Stacey L. Cervone |
| 712 Limestone Drive | 712 Limestone Drive |
| Allison Park, PA 15101 | Allison Park, PA 15101 |

and, by electronic notification via the Court's ecf notification,

| | |
|---|---|
| Shawn N. Wright | shawn@shawnwrightlaw.com |
| Ronda J. Winnecour | cmecf@chapter13treusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Executed on: 6/14/18                                 Attorney for Movant

/s/ Jillian Nolan Snider
Jillian Nolan Snider, Esquire
Pa. I.D. # 202253
jsnider@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212