## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Anthony D. Cervone, | : | No. 15-23800-CMB |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 7/18/18 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 7/2/18 |
| | : | |
| vs. | : | |
| | : | |
| Anthony D. Cervone, | : | |
| Stacey L. Cervone, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING
**Motion for Relief from Stay and for Co-Debtor Relief, Docket No. 49**

   I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief and for Co-Debtor Relief filed on June 14, 2018 has been received, The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection of other responsive pleading to the Motion for Relief from Stay and for Co-Debtor Relief appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay and for Co-Debtor Relief were to be filed and served no later than July 2, 2018.

   It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay and for Co-Debtor Relief be entered by the Court.

| | | |
|---|---|---|
| Date: 7/3/18 | By: | /s/ Jillian Nolan Snider |
| | | Jillian Nolan Snider, Esquire |
| | | Pa. I.D. # 202253 |
| | | jsnider@tuckerlaw.com |
| | | TUCKER ARENSBERG, P.C. |
| | | 1500 One PPG Place |
| | | Pittsburgh, Pennsylvania 15222 |
| | | 412-566-1212 |