## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Anthony D. Cervone, | : | No. 15-23800-CMB |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial | : | Hearing Date: 7/18/18 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 7/2/18 |
| | : | |
| vs. | : | |
| | : | re doc. 49 |
| Anthony D. Cervone, | : | |
| Stacey L. Cervone, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | **ENTERED BY DEFAULT** |
| Respondents | : | |

### ORDER MODIFYING STAY

AND NOW, this ___5th___ day of ___July___, 2018, upon consideration of the Motion for Relief from Automatic Stay and for Co-Debtor Relief, filed on behalf of Ally Financial, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the 2008 Mercedes -Benz E Class Sedan 4D E350 AWD 3.5L V6, VIN WDBUF87X68B310119, that Movant does not have adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose its security interest in the vehicle.  It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. Sections 362, and §1301 for the purpose of pursuing its remedies for collection against the Co-Debtor, be and hereby is modified to permit Movant to foreclose its security interest in the vehicle, ~~and Rule 4001 is waived~~.

Hon. Carlota M. Bohm    **dms**
United States Bankruptcy Judge

FILED
7/5/18 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony D. Cervone  
    Debtor

Case No. 15-23800-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 1    Date Rcvd: Jul 05, 2018
                             Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db         +Anthony D. Cervone,    712 Limestone Drive,    Allison Park, PA 15101-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    HomeBridge Financial Services, Inc. andygornall@latouflawfirm.com
          James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
          Jillian Nolan Snider    on behalf of Creditor    Ally Financial jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Debtor Anthony D. Cervone shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
                                                                                                                  TOTAL: 8