UNITED STATES BANKRUPTCY COURT
Western District Of Pennsylvania

| | | |
|---|---|---|
| IN RE: | § § | |
| ANTHONY D. CERVONE | § | CASE NO. 15-23800 |
| DEBTOR(S) | § | CHAPTER 13 |
| | § § | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

**(DOCKET NO. 56, CLAIM NO. 4)**

COMES NOW, AIS Portfolio Services, LP, as authorized agent for New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, files this Notice of Withdrawal of the Transfer of Claim, filed in the above-styled and numbered case on November 26, 2018, docket number 56.

Respectfully Submitted by

_____
AIS Portfolio Services, LP.
Authorized Agent for Shellpoint Mortgage Servicing

Contact Number: 469-417-0395

RECEIVED

DEC 20 REC'D

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA