## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Anthony D. Cervone |
|---|---|
| CASE NO. | 15-23800 CMB |
| RELATED TO DOCUMENT NO. | Notice of Withdrawal of Transfer of Claim (Dkt. No. 56, Claim No. 4) |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Notice of Withdrawal of Transfer of Claim (Dkt. No. 56, Claim No. 4)** that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The **Notice of Withdrawal of Transfer of Claim (Dkt. No. 56, Claim No. 4) does not list the filer's address beneath the signature line.**

You must file **Notice of Withdrawal of Transfer of Claim (Dkt. No. 56, Claim No. 4) with the filer's address** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Withdrawal of Transfer of Claim (Dkt. No. 56, Claim No. 4) with the filer's address that is filed in response to this Notice.**

December 20, 2018
Date

By: _____ Lylenn Fox
Deputy Clerk

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony D. Cervone
      Debtor

Case No. 15-23800-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 1      Date Rcvd: Dec 20, 2018
                    Form ID: pdf901      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
cr          New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
          Greenville, SC 29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
      Andrew F Gornall   on behalf of Creditor   HomeBridge Financial Services, Inc.
   andygornall@latouflawfirm.com
      James Warmbrodt   on behalf of Creditor   HomeBridge Financial Services, Inc.
   bkgroup@kmllawgroup.com
      Jillian Nolan Snider   on behalf of Creditor   Ally Financial jsnider@tuckerlaw.com,
   agilbert@tuckerlaw.com,cabbott@tuckerlaw.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Shawn N. Wright   on behalf of Debtor Anthony D. Cervone shawn@shawnwrightlaw.com,
   wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
   m
                    TOTAL: 8