**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANTHONY D. CERVONE<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>    vs.<br>ANTHONY D. CERVONE<br><br>        Respondents | Case No. 15-23800CMB<br><br>Chapter 13<br><br>Document No. 72 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___23rd___ day of __November__, 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Central Blood Bank Of Pittsburgh
Attn: Payroll Manager
5 Parkway Center
875 Greentree Rd
Pittsburgh, PA 15220

is hereby ordered to immediately terminate the attachment of the wages of ANTHONY D. CERVONE, social security number XXX-XX-5100. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANTHONY D. CERVONE.

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
11/23/20 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-23800-CMB

Anthony D. Cervone     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2
Date Rcvd: Nov 23, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony D. Cervone, 712 Limestone Drive, Allison Park, PA 15101-4224 |
|  | + Central Blood Bank of Pittsburgh, atten: Payroll, 5 Parkway Center, 875 Greentree Road, Pittsburgh, PA 15220-3613 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor HomeBridge Financial Services Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor HomeBridge Financial Services Inc. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Nov 23, 2020 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Anthony D. Cervone shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8