**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Anthony D. Cervone |
| Debtor 2 | |
| United States Bankruptcy Court for the: Western District of Pennsylvania | |
| Case number : | 15-23800-CMB |

## Form 4100R

# Response to Notice of Final Cure Payment                  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:**  <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u>          **Court claim no.**          <u>4</u>
(if known):

**Last 4 digits** of any number you use to identify the debtor's account:  <u>2463</u>

**Property Address:**  <u>712 Limestone Drive</u>
<u>Allison Park, PA 15101</u>

### Part : 2  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on
the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of
this response is:                                                                               $

### Part 3:  Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: 2021-01-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                              (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding:                    + (b) $

c. **Total**. Add lines a and b.                                                              (c) $

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:

Debtor 1    Anthony D. Cervone _____    Case number (if known)    15-23800-CMB _____
      First Name         Middle Name         Last Name

**Part 4:**    Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's
proof of claim.**

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my
knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address
listed on the proof of claim to which this response applies.

/s/ Joshua I. Goldman _____    Date  11/30/2020 _____
Signature

Print:      Joshua I. Goldman _____    Title   Authorized Agent for Creditor

Company    Padgett Law Group _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    6267 Old Water Oak Road, Suite 203 _____

         Tallahassee FL, 32312 _____

Contact phone    (850) 422-2520 _____    Email    plginquiries@padgettlawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH

IN RE: ANTHONY D. CERVONE

               Debtor(s)

_____/

No: 15-23800-CMB
CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 30th_____ day of

November, 2020.

/S/ Joshua I. Goldman

_____

JOSHUA I. GOLDMAN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

## <u>SERVICE LIST (CASE NO. 15-23800-CMB)</u>

Debtor
Anthony D. Cervone
712 Limestone Drive
Allison Park, PA 15101

Attorney
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222