# IN THE UNITED STATES BANKRUPTCY COURT
## Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 15-23800-CMB |
| Anthony D. Cervone | Chapter 13 |
| DEBTOR | Document No. |
| ---------------------------------------- | Hearing Date: Dec. 9, 2020 @ 10:00am |
| Shawn Wright | |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PROFESSIONAL FEES

**T**he undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Fees filed on November 14, 2020 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 1, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 2, 2020            /s/ Shawn Wright
                                   7240 McKnight Rd.
                                   Pittsburgh, PA 15237
                                   412-920-6565; PA64103
                                   shawn@shawnwrightlaw.com