IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Anthony D. Cervone, Debtor, | : | Bankruptcy No. 15-23800 |
| | : | Chapter 13 |
| Anthony D. Cervone, Movant | : | |
| | : | |
| v. | : | |
| | : | re doc.80 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

**ORDER OF COURT**

And now, this \_\_11th\_\_ day of \_\_December\_\_, 2020, upon Debtor's Expedited Motion for Approval of Vehicle Loan, it is hereby ORDERED AND ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $550.00 per month.

In light of the fact that Debtor has completed his Chapter 13 plan, he is permitted to make direct payments on the said vehicle loan.

Debtor agrees that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_____
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

CONSENTED TO:

/s/Katherine M. DeSimone
Katherine M. DeSimone, Esquire; PA#42575
Office of the Chapter 13 Trustee
3250 U.S. Steel Tower
Pittsburgh, PA 15219
kdesimone@chapter13trusteewdpa.com

/s/  Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtor, Anthony Cervone*
7240 McKnight Road
Pittsburgh, PA  15237
(412) 920-6565
shawn@shawnwrightlaw.com

FILED
12/11/20 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-23800-CMB
Anthony D. Cervone  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dsaw  Page 1 of 2
Date Rcvd: Dec 11, 2020  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony D. Cervone, 712 Limestone Drive, Allison Park, PA 15101-4224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor HomeBridge Financial Services Inc. andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor HomeBridge Financial Services Inc. bnicholas@kmllawgroup.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Financial jsnider@fbtlaw.com agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com |
| Joshua I. Goldman | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Anthony D. Cervone shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 9