**Fill in this information to identify the case:**

Debtor 1    Anthony D. Cervone

Debtor 2

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number :    15-23800-CMB

# Form 4100R

## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing    **Court claim no.** (if known):    **4**

**Last 4 digits** of any number you use to identify the debtor's account: **2463**

**Property Address:** 712 Limestone Drive
Allison Park, PA 15101

### Part : 2  Prepetition Default Payments

*Check one:*

[X]  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ]  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $

### Part 3:  Postpetition Mortgage Payment

*Check one:*

[X]  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: 2021-01-01

[ ]  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $

c. **Total**. Add lines a and b.    (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Debtor 1  <u>Anthony D. Cervone</u>           Case number (if known)    <u>15-23800-CMB</u>
      First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Mary Vitartas                                      Date    01/22/2021
Signature

Print:          Mary Vitartas                     Title    Authorized Agent for Creditor

Company    Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address        6267 Old Water Oak Road, Suite 203

               Tallahassee FL, 32312

Contact phone    (850) 422-2520            Email    plginquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH**

IN RE: ANTHONY D. CERVONE

Debtor(s)

_____/

No: 15-23800-CMB
CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 22nd day of January, 2021.

/S/ Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 15-23800-CMB)**

Debtor
Anthony D. Cervone
712 Limestone Drive
Allison Park, PA 15101

Attorney
Shawn N. Wright
7240 McKnight Road
Pittsburgh, PA 15237

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "NEW PENN FINANCIAL, LLC", CHANGING ITS NAME FROM "NEW PENN FINANCIAL, LLC" TO "NEWREZ LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF OCTOBER, A.D. 2018, AT 4:57 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE SEVENTH DAY OF JANUARY, A.D. 2019.



Jeffrey W. Bullock, Secretary of State

4336363  8100
SR# 20187059692

Authentication: 203582539
Date: 10-10-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:57 PM 10/09/2018
FILED 04:57 PM 10/09/2018
SR 20187059692 - File Number 4336363

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: New Penn Financial, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows:

   Legal name change. New Penn Financial, LLC's new legal name will be NewRez LLC effective January 7, 2019.

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 3RD day of October, A.D. 2018.

By: _____
    Authorized Person(s)

Name: Kevin Patrick Harrigan    President and CEO - Origination Division; Board of Managers

Print or Type